IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV318

| | |
|---|---|
| TIFFANY WATKINS, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO CORPORATION, <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court upon the motion of Defendant Costco Corporation to allow Steven Michael Staes and Kathleen E. Mones to appear *Pro Hac Vice*, filed August 17, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Staes and Ms. Mones have each paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

**Signed: August 22, 2005**

Graham C. Mullen
Chief United States District Judge